## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael John Pepe, Jr. and Kelly Ann Pepe | BKY. NO. 16-01203-JJT |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8161

                               Respectfully submitted,

                               **/s/ Thomas Puleo**
                               Thomas Puleo, Esquire
                               James C. Warmbrodt, Esquire
                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 825-6306  FAX (215) 825-6406
                               Attorney for Movant/Applicant