```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 16-01203-JJT
Michael John Pepe, Jr.                                      Chapter 13
Kelly Ann Pepe
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: MMchugh              Page 1 of 1              Date Rcvd: Apr 25, 2017
                              Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4804551        +E-mail/PDF: cbp@onemainfinancial.com Apr 25 2017 19:06:47
                 OneMain Financial Group, LLC asf Wells Fargo Bank,,    605 Munn Road,    FT MILL, SC 29715-8421
                                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jason Paul Provinzano    on behalf of Joint Debtor Kelly Ann Pepe MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor Michael John Pepe, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    Midfirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Midfirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-01203-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael John Pepe, Jr.<br>15 Laurel St<br>Edwardsville PA 18704-3205 | Kelly Ann Pepe<br>15 Laurel St<br>Edwardsville PA 18704-3205 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/25/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: OneMain Financial Group, LLC asf Wells Fargo Bank,, 605 Munn Road, FT MILL, SC 29715 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/27/17

Terrence S. Miller
**CLERK OF THE COURT**